

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                  01-13-00295-CR

Style:                         Edward Flores

                               **v** State of Texas

Date motion filed[*]:          December 9, 2013

Type of motion:                Motion to remand case to trial court

Party filing motion:           Appellant

Document to be filed:

Is appeal accelerated?    No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:          Current Due date:
    Date Requested:

Ordered that motion is:

☐      Granted

        If document is to be filed, document due:

        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

**Appellant requests that this Court remand this case to the trial court because appellant believes that "further development of the record could and should be material to Appellant's appeal." Appellant's request to develop facts outside of the record can only be sought in a motion for a new trial. Because no timely motion for a new trial was filed, the request must be denied.**

**Furthermore, the time for filing Appellant's brief has expired. The Court orders Appellant to file his brief and a motion showing extraordinary circumstances for extending the time for filing his brief. Unless Appellant files a satisfactory motion along with his brief within ten (10) days of this order, the case will be abated and remanded to the trial court for a hearing "to determine whether the appellant desires to prosecute his appeal, whether the appellant is indigent, or, if not indigent, whether retained counsel has abandoned the appeal, and to make appropriate findings and recommendations." TEX. R. APP. P. 38.8(b)(2).**

Judge's signature:    /s/ Michael Massengale
          ☑ Acting individually    ☐ Acting for the Court

Panel consists of

Date: December 31, 2013

November 7, 2008 Revision